UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Tallahassee_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Jason D. Choy ,
Inmate # X13011
(Enter full name of Plaintiff)

Provided to Hamilton CI on
APR 2, 2008

For Mailing

vs.

CASE NO: 4:08cv184-mp/wcs
(To be assigned by Clerk)

Florida Dept of Corrections,
Secretary, Walter McNeil,
James Hudges, Warden,
Hamilton Correctional Institution,
R. Solorzano, M.D, Chief Health officer, Hamilton C.I.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 APR 22 PM 12: 55

FILED

## I. PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Jason D. Choy
Inmate Number: X13011
Prison or Jail: Hamilton C.I.
Mailing address: 10650 S.W. 46th St.
Jasper, FL 32052

## II. DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: Walter McNeil
    Official position: Secretary
    Employed at: Florida Dept of Corrections
    Mailing address: 2601 Blair Stone Rd.
    Tallahassee, FL 32052

(2) Defendant's name: James Hudges
    Official position: Warden
    Employed at: Hamilton Correctional Institution
    Mailing address: 10650 S.W. 46th St.
    Jasper, FL 32052

(3) Defendant's name: R. Solorzano
    Official position: Chief Health officer
    Employed at: Hamilton C.I.
    Mailing address: 10650 S.W. 46th St.
    Jasper, FL 32052

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

    A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
        Yes(  )        No(X)

        1.  Parties to previous action:
           (a)  Plaintiff(s): _____
           (b)  Defendant(s): _____
        2.  Name of judge: _____  Case #: _____
        3.  County and judicial circuit: _____
        4.  Approximate filing date: _____
        5.  If not still pending, date of dismissal: _____
        6.  Reason for dismissal: _____
        7.  Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

    B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
        Yes(  )        No(X)

        1.  Parties to previous action:
           a.  Plaintiff(s): _____
           b.  Defendant(s): _____
        2.  District and judicial division: _____
        3.  Name of judge: _____  Case #: _____
        4.  Approximate filing date: _____
        5.  If not still pending, date of dismissal: _____
        6.  Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(X)          No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): Jason D. Choy
   b. Defendant(s): City of Orlando
2. District and judicial division: Orlando Division
3. Name of judge: N/A          Case #: N/A  Not sure.
4. Approximate filing date: 2000
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: not sure.
7. Facts and claims of case: Search and Seizure

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(X)          No( )

1. Parties to previous action:
   a. Plaintiff(s): Jason D. Choy.
   b. Defendant(s): Osceola County Board of County Commissioner
2. District and judicial division: Orlando
3. Name of judge: Not sure.          Case Docket # Not Sure.
4. Approximate filing date: Not sure  Dismissal date: _____
5. Reason for dismissal: Failing to State Claim.

4

6. Facts and claims of case: _____

_____

(Attach additional pages as necessary to list cases.)

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On 1-17-08 I went to Medical Sick call, their I spoke with Nurse ms. Hollie, LPN, about my Allegies. I also spoke to her about get A Hepatitis A and B vaccaine. At the time I was in the Triage Room. Another Nurse Ms. Kitchen called in another Inmate for Sick Call. While Nurse Kitchen was discussing this medical condition. Ms. Hollie was dissussing my medical History and Tests Results to me in front of the other Inmate. About a week later I filed an Informal Grievance with the Warden and advised the situation of the Incident. I Received an answer back from Dr. Solorzano, M.D. the Chief Health officer denying my Informal Grievance. So I proceeded to file an Formal Grievance on 2-4-2008 back to the Warden, stating the same situation, but also stating in Violations of State laws and Institutional Procudures. On 2-20-08 it was denied by Both the Doctor and the Warden. Then I proceeded to File another Formal Grievance with the Secretary of the Department of Corrections, In which it has been over 30 Days and No Response to my Formal Grievance on the Subject matter. On 2-15-08 I declare an Medical Emergency, were I was seen in the Triege Room, Nurse Kitchen Brought another Inmate in the Room and disscusing his medical Condition and Tests Results. I

5

explain in my last Grievance that I filed that I have witness as to the Inmates that were in the room with me at that time. According to Institutional Procedures their was post to be a Privacy officer conducting an Investigation to my Formal Grievance I filed. The Grievances that I Did file (Informal and Formal) was signed and stamped by the Chief Health officer and the warden of the Institution.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

This claim I'm stating is in violation of HIPAA (Health Insurance Probality Accountabity Act), and in violation of Institutional Procudures and State Law. In which the medical staff at Hamilton C.I. discussed among other Inmates. Inmates Medical History, Condition and Test Results. See I been seen by Medical at this Institution it had occured 2 Different times.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

The Relief I seek from this Court, is that the Department of Corrections shall have an oversight committee or Private corporation, to oversee the Medical Departments at each Institution and that each violation of State Laws or Procedures in accordance F.A.C. be Fined.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

4/21/2008
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 21 day of April, 20 08.

(Signature of Plaintiff)

Revised 03/07