IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON D CHOY,

    Plaintiff,

v.                                     CASE NO. 4:08-cv-00184-MP-WCS

FLORIDA DEPARTMENT OF CORRECTIONS,
JAMES HODGES,
WALTER MCNEIL,
R SOLORZANO,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, the Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed. The time for filing objections has passed, and none have been filed. The Report and Recommendation, in fact, was returned undeliverable. The Court agrees that the plaintiff has failed to follow an order of the Court and to keep the court apprised of his address. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation (doc. 5) is adopted, and this case is dismissed for failure to prosecute.

**DONE AND ORDERED** this  *5th*  day of August, 2008

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge